UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

26 CV 6846

Khani Phillibert

Write the full name of each plaintiff.

No. ______________
(To be filled out by Clerk's Office)

-against-

City OF NewYork (NYPD)
DET. Nelson Nin, DET Joseph Burckhard
PO John Doe, PO Jane ROe

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

# COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 11 AM 11:21

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: NewYork STaTe Penal law

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Khani A Phillibert

First Name Middle Initial Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

72793-054

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ALLENWOOD FCI Complex

Current Place of Detention

POBOX 2000

Institutional Address

WhiteDeer PA 17887

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other: ______________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Nelson | Nin | 950955

First Name | Last Name | Shield #

Detective

Current Job Title (or other identifying information)

Bronx Narcotics 730 Command

Current Work Address

Bronx | NewYork |

County, City | State | Zip Code

Defendant 2: Joseph | Burckhard | 941371

First Name | Last Name | Shield #

Detective

Current Job Title (or other identifying information)

Bronx Narcotics 730 Command

Current Work Address

Bronx | NewYork |

County, City | State | Zip Code

Defendant 3:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

Defendant 4:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 3985 Gouverneur Ave #2C Bronx NY 10463

Date(s) of occurrence: MAY 13, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON ABOVE DATE and Time Bronx NARcotics entered The Apartment assisting federal Probation with 20 officers. With No Body Camera Searched outside Probationer living quarters where alleged drugs were found during this time Plaintiff had 2 active lawsuits against Bronx Narcotics. documents prove Plaintiff was Staying outside the living quarters where drugs were planted or alleged found No warrant or verbal/written consent documented or established permission for search. in past drugs were planted on plaintiff. Nypd used Probation to illegal search apartment in result plaintiff spent over 24 hrs in Central Booking was damaged Physically and suffered emotional distress and Sentenced to 42 months for probation. was handcuffed assaulted infront of mother and SON. Well as neighbors. Summarly assaulted battered arrested without legal justification incarcerated over 24 hours maliciously prosecuted compelling plaintiff to return to court multiple times over an extended Period

Cause of action
false arrest malicious prosecution excessive force
Assault and Battery negligent hiring and retention
Abuse of process illegal stop & frisk

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Physical and emotional damage, mental distress
assaulted Battered, distortion, Financial losses
Bronx North Central Mental ER, handcuffed,

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like for the court to order monetary
relief for 42 months lossed from my life and
the money from kids rent family damages.
8.4 million dollars

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

06/24/2026 — Khani Phillibert

Dated — Plaintiff's Signature

Khani — A — Phillibert

First Name — Middle Initial — Last Name

ALLENWOOD FCI POBOX 2000

Prison Address

White Deer — PA — 17887

County, City — State — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: __________

Respectfully Submitted on this 3rd
Day of August 2026
Khani Phillibert
Khani Phillibert

UNSWORN Declaration

I Khani Phillibert Reg NO. 72793054 Am Presently Incarcerated IN the federal Bureau OF Prisons AT The federal Correctional Comp Allenwood PA And hereby declare under Pena of Perjury that the Foregoing is true and correct to my Knowledge

Certificate of Service

I Khani Phillibert Reg NO. 72793-054 Hereby Certify that this Complaint was placed in the legal system postage Prepaid ON this 3rd day of August located at Federal Correctional Complex medium PO Box 2000, White Deer PA, 17888 And forward to:

Clerks office
500 Pearl ST
NY NY 10007

Respectfully Submitted on this 3rd
DAY OF August 2026
Khani Phillibert
Khani Phillibert

UNSWORN Declaration

I Khani Phillibert ReG NO. 72793054 Am Presently incarcerated IN the federal Bureau OF Prisons AT The federal Correctional Complex Allenwood PA And hereby declare under Penalty of Perjury that the Foregoing is true and correct to my Knowledge

Certificate of Service

I Khani Phillibert ReG NO. 72793-054 Here by Certify that this Complaint was placed in the legal System postage Prepaid ON this 3rd day of August 2026 located at Federal Correctional Complex Allenwood medium PO Box 2000, White Deer PA, 17887 And forward to:

Clerks office
500 Pearl ST
NY NY 10007

Khani Phillibert# 72793-054
Allenwood FCI Complex
PO Box 2000
White Deer PA 17887

RECEIVED
SDNY PRO SE OFFICE
AUG 11 AM 11: 2

Clerks Office
500 Pearl ST
NY NY 10007

PRO SE

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER PA
8/5/26
DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL